**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA,<br><br>        Plaintiff,<br><br>    vs.<br><br>FAST N ESY II, INC., et al.,<br><br>        Defendants. | No.  1:16-cv-01150-LJO-SAB<br><br>**ORDER RE STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE**<br><br>**(ECF No. 9)** |

    WHEREAS, a Mandatory Scheduling Conference in this action is currently set for October 31, 2016, pursuant to the Court's Order dated August 5, 2016 (Dkt. 3);

    WHEREAS, Defendants, Fast N Esy II, Inc. dba Fast N Esy #21, Vinay Vohra, and Vikram Vohra ("Defendants," and together with Plaintiff Jose Acosta, "the Parties"), have filed a Motion to Dismiss and/or to Strike and/or for a More Definite Statement (Dkt. 8; the "Motion"), which is set for hearing on November 7, 2016;

    WHEREAS, the Parties wish to conserve Court resources which might be expended unnecessarily if the Scheduling Conference were to be held prior to Defendants' Motion in the event Plaintiff's claims are dismissed or amended as a result of the Motion;

    NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for October 31, 2016 to a

1

date at the Court's convenience after December 13, 2016, to allow time for Defendants' motion to be heard and ruled upon by the Court.

Dated: October 18, 2016                    MOORE LAW FIRM, P.C.


                                                       */s/ Tanya E. Moore*
                                                       Tanya E. Moore
                                                       Attorney for Plaintiff,
                                                       Jose Acosta


Dated: October 18, 2016                    THORNTON DAVIDSON, P.C.


                                                       */s/ Thornton Davidson*
                                                       Thornton Davidson
                                                       Attorney for Defendants,
                                                       Fast N Esy II, Inc. dba Fast N Esy #21,
                                                       Vinay Vohra, and Vikram Vohra

## **ORDER**

    The parties having so stipulated and good cause appearing,

    IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for October 31, 2016, is continued to December 14, 2016, at 9:30 a.m. before the undersigned in Courtroom 9.  The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.


IT IS SO ORDERED.

Dated:  **October 18, 2016**
                                                       UNITED STATES MAGISTRATE JUDGE