1  Tanya E. Moore, SBN 206683
   Zachary M. Best, SBN 166035
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  service@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Jose Acosta

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

12 JOSE ACOSTA,                    ) No.  1:16-cv-01150-LJO-SAB
                                   )
13         Plaintiff,               ) **STIPULATION FOR CONTINUANCE OF**
                                   ) **HEARING ON DEFENDANTS' MOTION**
14     vs.                          ) **TO DISMISS; ORDER**
                                   )
15 FAST N ESY II, INC., et al.,    )
                                   ) Current Hearing Date: December 29, 2016
16         Defendants.              ) Time: 8:30 a.m.
                                   ) Courtroom: 4
17                                 ) Hon. Lawrence J. O'Neill
                                   )
18                                 )

19

20     WHEREAS, Defendants, Fast N Esy II, Inc. dba Fast N Esy #21, Vinay Vohra, and

21 Vikram Vohra ("Defendants," and together with Plaintiff Jose Acosta, "the Parties"), have filed

22 a Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction (Dkt. 16; the "Motion"),

23 which is set for hearing on December 29, 2016;

24     WHEREAS, counsel for Plaintiff will be unavailable on the scheduled hearing date due

25 to a previously planned vacation, and will be in a remote location where he does not expect to

26 have sufficient cell phone reception to allow a telephonic appearance;

27     NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to

28 continue the hearing of the Motion by one week to January 5, 2017.

Dated: November 30, 2016                MOORE LAW FIRM, P.C.


                                        */s/ Zachary M. Best*
                                        Zachary M. Best
                                        Attorneys for Plaintiff,
                                        Jose Acosta



Dated: November 30, 2016                THORNTON DAVIDSON, P.C.


                                        */s/ Thornton Davidson*
                                        Thornton Davidson
                                        Attorney for Defendants,
                                        Fast N Esy II, Inc. dba Fast N Esy #21,
                                        Vinay Vohra, and Vikram Vohra

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction (Dkt. 16) currently set for December 29, 2016 is continued to January 5, 2017 at 8:30 a.m. in Courtroom 4, 7th Floor, before Chief District Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:   **November 30, 2016**           **/s/ Lawrence J. O'Neill**
                                         UNITED STATES CHIEF DISTRICT JUDGE