Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  service@moorelawfirm.com

Attorneys for Plaintiff
Jose Acosta

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>         Plaintiff,<br><br>    vs.<br><br>FAST N ESY II, INC., et al.,<br><br>         Defendants. | No.  1:16-cv-01150-LJO-SAB<br><br>**STIPULATION FOR FURTHER CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;  ORDER** |

WHEREAS, a Mandatory Scheduling Conference in this action is currently set for December 14, 2016, pursuant to the Court's Order dated October 18, 2016 (Dkt. 10);

WHEREAS, Defendants, Fast N Esy II, Inc. dba Fast N Esy #21, Vinay Vohra, and Vikram Vohra ("Defendants," and together with Plaintiff Jose Acosta, "the Parties"), have filed a Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction (Dkt. 16; the "Second Motion"), which is set for hearing on December 29, 2016;

WHEREAS, the Parties are, concurrently with this stipulation, filing a stipulation to continue the hearing on the Second Motion to January 5, 2017;

WHEREAS, the Court previously continued the Scheduling Conference to the current date pursuant to the Parties stipulation, pending the resolution of Defendants' First Motion to

Dismiss and/or to Strike and/or for a More Definite Statement, which was heard on November 7, 2016 and which was denied (Dkt. 15);

WHEREAS, the Parties wish to conserve Court resources which might be expended unnecessarily if the Scheduling Conference were to be held prior to Defendants' Second Motion in the event Plaintiff's claims are dismissed or amended as a result of the Second Motion;

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a further continuance of the Mandatory Scheduling Conference currently set for December 14, 2016 to a date at the Court's convenience on or after January 30, 2017, to allow time for Defendants' motion to be heard and ruled upon by the Court.

Dated: November 30, 2016    MOORE LAW FIRM, P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Jose Acosta

Dated: November 30, 2016    THORNTON DAVIDSON, P.C.

*/s/ Thornton Davidson*
Thornton Davidson
Attorney for Defendants,
Fast N Esy II, Inc. dba Fast N Esy #21,
Vinay Vohra, and Vikram Vohra

# **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for December 13, 2016 is continued to January 24, 2017 at 9:30 a.m. before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **November 30, 2016**

UNITED STATES MAGISTRATE JUDGE