Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff,
Jose Acosta

Thornton Davidson, SBN 166487
THORNTON DAVIDSON, P.C.
3451 W. Shaw Avenue, Suite 105
Fresno, California 93711-3242
Tel: (559) 476-5064
Fax: (559) 421-0368
Email: thornton@thorntondavidsonlaw.com

Attorney for Defendants,
Fast N Esy II, Inc. dba Fast N Esy #21, Vinay Vohra, and Vikram Vohra

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>             Plaintiff,<br><br>       vs.<br><br>FAST N ESY II, INC., et al.,<br><br><br>             Defendants.<br>_____ | No. 1:16-cv-01150-LJO-SAB<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND ORDER** |

WHEREAS, a Mandatory Scheduling Conference in this action is currently set for March 21, 2017.

1    WHEREAS, Plaintiff, Jose Acosta ("Plaintiff"), and Defendants, Fast N Esy II, Inc. dba

2  Fast N Esy #21, Vinay Vohra, and Vikram Vohra (collectively "Defendants," and together

3  with Plaintiff, "the Parties"), are close to settling this matter in its entirety.

4    WHEREAS, counsel for the Parties wish to conserve the Court's time and resources,

5
6  and towards that end, stipulate to continue the Mandatory Scheduling Conference for 30 days.

7    NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel,

8  stipulate to a continuance of the Mandatory Scheduling Conference currently set for March 21,

9  2017 to a date at the Court's convenience on or after April 19, 2017.

10

11

12  Dated: March 20, 2017                    MISSION LAW FIRM, P.C.

13                                           //s// Zachary Best_____
                                             Zachary M. Best
14                                           Attorneys for Plaintiff,
                                             Jose Acosta
15

16

17  Dated: March 20, 2017                    THORNTON DAVIDSON, P.C.

18                                           //s// Thornton Davidson_____
                                             Thornton Davidson
19                                           Attorneys for all Defendants

20

21

22

23

24

25

26

27

28

1

## ORDER

2

    The parties having so stipulated and good cause appearing,

3

    IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for

4

March 21, 2017 is continued to April 25, 2017 at 3:30 p.m. before Magistrate Judge Stanley A.

5

Boone.   A Joint Scheduling Report is due one week before the new conference date.

6

7

IT IS SO ORDERED.

8

Dated:   **March 20, 2017**

9

    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28